■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR THORPE, Appellant. [672 NYS2d 742] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about May 25, 1995, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Milonas, J. P., Tom, Andrias and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIVERA, Appellant. [674 NYS2d 317] —Judgment, Supreme Court, New York County (George Daniels, J.), rendered April 25, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The court properly modified its original *Sandoval* ruling. Defendant's statement, "I don't sell drugs", made on his direct examination, was misleading under the circumstances, and conveyed the impression that he had never sold drugs, thereby opening the door to impeachment by means of inquiry into his previously precluded conviction for criminal sale of a controlled substance (*see, People v Fardan*, 82 NY2d 638; *People v Jones*, 238 AD2d 251, *lv denied* 90 NY2d 894).

We perceive no abuse of sentencing discretion. Concur—Milonas, J. P., Tom, Andrias and Saxe, JJ.